IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GEORGIA S. DUPREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO.  1:14-CV-17-WLS |
| WORTH COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO APPROVE SETTLEMENT AND
FOR ENTRY OF STIPULATED JUDGMENT**

The Parties in the above-referenced litigation notify the Court that they have resolved this action and all claims raised herein and jointly move the Court for entry of an Order approving the Parties' settlement of the claims raised in this action under the Fair Labor Standards Act, 29 U.S.C. § 207 *et seq*. ("FLSA"), as fair and reasonable.  This motion is based upon the fully executed Release Agreement attached hereto and supported by the Memorandum of Law also submitted with this motion.

Respectfully submitted this 23rd day of September, 2015.

| | |
|---|---|
| KENNETH S. NUGENT, P.C. | HARBEN, HARTLEY & HAWKINS, LLP |
| | |
| *s/Kim M. Minix* | */s/ Brian C. Smith* |
| Kim M. Minix | Brian C. Smith |
| Georgia Bar No. 510580 | Georgia Bar No. 001306 |
| 208 North Westover Blvd. | Phillip L. Hartley |
| Albany, GA 31707 | Georgia Bar No. 333987 |
| 229-420-3660 Telephone | Suite 750, Wells Fargo Center |
| 229-420-3677 Facsimile | 340 Jesse Jewell Parkway |
| kminix@attorneykennugent.com | Gainesville, Georgia 30501 |
| | 770-534-7341 Telephone |
| | 770-532-0399 Facsimile |
| | bsmith@hhhlawyers.com |
| | phartley@hhhlawyers.com |
| ATTORNEY FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GEORGIA S. DUPREE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION FILE |
| v. | ) |
| | ) NO. 1:14-CV-17-WLS |
| WORTH COUNTY BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2015, I electronically filed the *Joint Motion to Approve Settlement and for Entry of Stipulated Judgment* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

Kim M. Minix - kminix@attorneykennugent.com

                                           HARBEN, HARTLEY & HAWKINS, LLP

                                           */s/ Brian C. Smith*
                                           Brian C. Smith
                                           Georgia Bar No. 001306

                                           ATTORNEY FOR DEFENDANT

Suite 750, Wells Fargo Center
340 Jesse Jewell Parkway
Gainesville, Georgia 30501
Phone: (770) 534-7341
Fax: (770) 532-0399
Email: bsmith@hhhlawyers.com